# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LAMAR CLOUD JR., <br><br> Petitioner, <br><br> v. <br><br> LEPE, <br><br> Respondent. | Case No. 2:25-cv-05671-FLA (JC) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [DKT. 13]** |

Pursuant to 28 U.S.C. § 636, the court has reviewed Petitioner Steven Lamar Cloud, Jr.'s ("Petitioner") Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition"), Respondent's Answer to the Petition and supporting documents, the December 7, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and all relevant documents.

The court APPROVES and ACCEPTS the Report and Recommendation and hereby ORDERS that: (1) the Petition is DENIED; and (2) the Petition and this action are DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: February 18, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2