JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEVEN LAMAR CLOUD, JR.,

              Petitioner,

      v.

LEPE,

              Respondent.

Case No. 2:25-cv-05671-FLA (JC)

**JUDGMENT**

Pursuant to this court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that: (1) Petitioner Steven Lamar Cloud, Jr.'s Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition") is DENIED and the Petition and this action are DISMISSED with prejudice; and (2) the Clerk shall enter Judgment accordingly.

     IT IS SO ADJUDGED.

Dated: February 18, 2026



_____
FERNANDO L. AENLLE-ROCHA
United States District Judge